UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CHAPTER 13 PLAN

Debtor(s) Mahadeo Persaud Harilal and Gererah Kumari Harilal Case No: 14-bk-07462

1st Amended Chapter 13 Plan

**CHECK ONE:**

__X__ The Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in Additional Provisions, paragraph 8(e) below. Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

**1. MONTHLY PLAN PAYMENTS:** Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors *pro rata* under the plan:

A. $1,278_____ for months __1____ through __60_____;
B. $_____ for months _____ through _____;
C. $_____ for months _____ through _____;

in order to pay the following creditors:

**2. ADMINISTRATIVE ATTORNEY FEE: $4,100 TOTAL PAID $2,643**

**Balance Due $1,457          Payable Through Plan $525 Monthly**

**3. PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

| Name of Creditor | Total Claim |
|---|---|
| NONE | |

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

**4. TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

**5. SECURED CLAIMS:**

Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, If Any, Paid through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| NONE | | | |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| NONE | | |

**(C) Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| NONE | | |

**(D) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion

2

of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

**Creditor        Collateral        Value    Payment    Interest @_____%**
NONE_____

_____

_____

_____

**(E)   Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

**Creditor     Collateral     Balance        Payment        Interest @ ____%**

Bank of America (Primary mort) 15624 Bear Creek Dr., Tampa, FL   $1,033.58    4.25

**(F)   Claims Secured by Personal Property / Regular Payments and Arrearages, if any, Paid in Plan:**

**Name of Creditor        Collateral              Regular Payment    Arrearages**
NONE_____

_____

_____

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

**Name of Creditor**                                  **Property/Collateral**

Bank of America (HELOC)                         15624 Bear Creek Dr., Tampa, FL

World Omni                                              2008 Toyota Corlla

**(H) Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan. As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the creditor is NOT DISCHARGED under the Plan. Nothing herein is intended to abrogate the Debtor's state law contract rights.

| Name of Creditor | Property/Collateral |
|---|---|
| NONE | |

(I) **Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral to be Surrendered |
|---|---|
| Commercial Loan Solutions IV | 2615 N. 22nd St., Tampa, FL 33605 |

## 6. LEASES/EXECUTORY CONTRACTS:

Name of Creditor   Property   Assume/Reject-Surrender   Estimated Arrears
NONE

7. **GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $6,213.

## 8. ADDITIONAL PROVISIONS:

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

    (1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) __X____ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions: NONE.

_/s/ Mahendro P Harilal_          Dated: 6/26/14
Debtor

_/s/ Rererah K Harilal_          Dated: 6/26/14
Debtor

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

IN RE:

Mahadeo Persaud Harilal and Gererah Kumari Harilal     Case No. 8:14-bk-07462
                                                                                                                        Chapter 13

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Debtor's 1st Amended Plan has been provided by electronic mail or by first class U.S. Mail to: Office of the U.S. Trustee, Timberlake Annex, 501 East Polk Street, Suite 1200, Tampa, Florida, 33602; Terry E. Smith, Chapter 13 Trustee, PO Box 6099, Sun City Center, FL 33571; and, to all creditors and interested parties on the attached court mailing matrix this 27th Day of June, 2014.

                                          /s/ Robert M. Geller
                                          Robert M. Geller, Esquire
                                          Fla. Bar No. 588105
                                          Law Offices of Robert M. Geller, P.A.
                                          807 West Azeele Street
                                          Tampa, Florida  33606
                                          Phone: (813) 254-7687
                                          Facsimile: (813) 253-3405
                                          E-mail: rmgbk@verizon.net
                                          Attorney for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:14-bk-07462-CED<br>Middle District of Florida<br>Tampa<br>Wed Jul  2 14:07:52 EDT 2014 | Gererah Kumari Harilal<br>15624 Bear Creek Dr.<br>Tampa, FL 33624-1704 | Mahadeo Persaud Harilal<br>15624 Bear Creek Dr.<br>Tampa, FL 33624-1704 |
| Accel Recv M<br>3219 Atlantic Blvd<br>Jacksonville, FL 32207-8901 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bby/Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cap One<br>12447 Sw 69th Ave<br>Tigard, OR 97223-8517 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 |
| Cap One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cap1/Bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 |
| Cap1/Bstby<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Cap1/Rtg<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase/Kane<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank/Fashbug<br>Po Box 182272<br>Columbus, OH 43218-2272 |
| Commercial Loan Sol. IV<br>c/o Midwest Servicing Inc.<br>230 Crosskeys Office Pk<br>Fairport, NY 14450-3510 | Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 |
| Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Fashion Bug/Soanb<br>1103 Allen Dr<br>Milford, OH 45150-8763 | Fidelity Bank<br>1380 N Courtenay Pkwy<br>Merritt Island, FL 32953-4465 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Jared-Galleria Of Jwlr<br>375 Ghent Rd<br>Fairlawn, OH 44333-4601 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 |

| | | |
|---|---|---|
| Pro Consulting Services<br>PO Box 66768<br>Houston, TX 77266-6768 | Rubin & Debski<br>PO Box 47718<br>Jacksonville, FL 32247-7718 | Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 |
| Sears/Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | Shell/Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | (p)SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| Syncb/Care Credit<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Dillards<br>Po Box 965024<br>Orlando, FL 32896-5024 | Syncb/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Oldnavydc<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Tjx Cos<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/Tjx Cos Dc<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Td Bank Usa/Targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 |
| Wells Fargo<br>P.O. Box 6417<br>Carol Stream, IL 60197-6417 | World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | Terry E Smith +<br>PO Box 6099<br>Sun City Center, FL 33571-6099 |
| Clive N. Morgan +<br>6675 Corporate Center Pkwy, Ste 301<br>Jacksonville, FL 32216-8084 | Robert M Geller +<br>Law Offices of Robert M. Geller, P.A.<br>807 W Azeele Street<br>Tampa, FL 33606-2209 | United States Trustee - TPA7/13 7+<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | (d)Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Cap One<br>Po Box 85520<br>Richmond, VA 23285 |

Springleaf Financial S
600 N King St
Wilmington, DE 19801

Wells Fargo
8480 Stagecoach Circ
Frederick, MD 21701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Bank of America, N.A.

End of Label Matrix
Mailable recipients   53
Bypassed recipients    1
Total                 54