# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CHAPTER 13 PLAN

Debtor(s) Mahadeo Persaud Harilal and Gererah Kumari Harilal Case No: 14-07462

2nd Amended Chapter 13 Plan

**CHECK ONE:**

__X__ The Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

_____ The Plan contains provisions that are specific to this Plan in <u>Additional Provisions, paragraph 8(e) below.</u> Any nonconforming provisions not set forth in paragraph 8(e) are deemed stricken.

1. **MONTHLY PLAN PAYMENTS:** Plan payments include the Trustee's fee of 10% and shall begin thirty (30) days from filing/conversion date. The Debtor shall make payments to the Trustee for the period of 60 months. In the event the Trustee does not retain the full 10%, any portion not retained will be paid to unsecured creditors *pro rata* under the plan:

A.   $1,278_____   for months ___1_____ through __6_____;
B.   $_1450_____   for months __7_____ through _60_____;
C.   $_____   for months _____ through _____;

in order to pay the following creditors:

2. **ADMINISTRATIVE ATTORNEY FEE: $4,100 TOTAL PAID $2,643**

**Balance Due $1,457**        **Payable Through Plan $525 Monthly**

3. **PRIORITY CLAIMS [as defined in 11 U.S.C. §507]:**

**Name of Creditor**                                                                           **Total Claim**
NONE_____

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

4. **TRUSTEE FEES:** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS:**

Pre-Confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. To the extent the Debtor makes such pre-confirmation payments, secured creditors who have filed proofs of claim prior to the claims bar date or within 14 days from the date of an order converting or dismissing this case, whichever date is earlier, shall have an administrative lien on such payment(s), *pro rata* with other secured creditors, subject to objection by the Debtor or Trustee.

(A) **Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, If Any, Paid through the Plan:** If the Plan provides for the curing of prepetition arrearages on a mortgage, the Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post-petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post-petition mortgage payments on the following mortgage claims:

| Name of Creditor | Collateral | Regular Monthly Pmt. | Arrearages (if any) |
|---|---|---|---|
| NONE | | | |

(B) **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification:** Pending the resolution of a mortgage modification request, the Debtor shall make the following adequate protection payments to the Trustee, calculated at 31% of the Debtor's gross monthly income. Absent further order of this Court, the automatic stay shall terminate effective 6 months after the filing of the Debtor's bankruptcy petition:

| Name of Creditor | Collateral | Payment Amt (at 31%) |
|---|---|---|
| NONE | | |

(C) **Liens to be Avoided/Stripped:**

| Name of Creditor | Collateral | Estimated Amount |
|---|---|---|
| NONE | | |

(D) **Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES:** Pursuant to 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by the Debtor's principal residence. The secured portion

of the claim, estimated below, and to be determined in connection with a motion to determine secured status, shall be paid as follows:

| Creditor | Collateral | Value | Payment | Interest @____% |
|---|---|---|---|---|
| NONE | | | | |

**(E)  Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY:** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows.

| Creditor | Collateral | Balance | Payment | Interest @ ____% |
|---|---|---|---|---|
| Bank of America (Primary mort) | 15624 Bear Creek Dr., Tampa, FL | | $1,131.00 | 4.875% |

**(F)  Claims Secured by Personal Property / Regular Payments and Arrearages, if any, Paid in Plan:**

| Name of Creditor | Collateral | Regular Payment | Arrearages |
|---|---|---|---|
| NONE | | | |

**(G) Secured Claims/Lease Claims Paid Direct by the Debtor:** The following secured claims/lease claims are to be paid direct to the creditor or lessor by the Debtor outside the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate the Debtor's state law contract rights. The Plan must provide for the assumption of lease claims in the Lease/Executory Contract section below.

| Name of Creditor | Property/Collateral |
|---|---|
| Bank of America (HELOC) | 15624 Bear Creek Dr., Tampa, FL |
| World Omni | 2008 Toyota Corlla |

**(H) Secured Claims/Lease Claims Not Provided for Under the Plan:** The following secured claims/leased claims are not provided for under the Plan. As such the automatic stay and any codebtor stay do not apply and the Debtor's liability to the

3

creditor is NOT DISCHARGED under the Plan. Nothing herein is intended to abrogate the Debtor's state law contract rights.

**Name of Creditor**                                **Property/Collateral**
NONE

_____

_____

_____

**(I) Surrender of Collateral/Leased Property:** Debtor will surrender the following collateral/leased property no later than thirty (30) days from the filing of the petition unless specified otherwise in the Plan. The automatic stay and any codebtor stay are terminated *in rem* as to these creditors and lessors upon the filing of this Plan. The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.

**Name of Creditor**                                **Property/Collateral to be Surrendered**

Commercial Loan Solutions IV              2615 N. 22nd St., Tampa, FL 33605

## 6. LEASES/EXECUTORY CONTRACTS:

**Name of Creditor   Property   Assume/Reject-Surrender   Estimated Arrears**
NONE

7. **GENERAL UNSECURED CREDITORS:** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid pursuant to the provisions of a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors is $6,213.

## 8. ADDITIONAL PROVISIONS:

(a) Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(b) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as may be allowed by a specific Order of the Bankruptcy Court.

(c) Property of the estate (check one)*

    (1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

    (2) __X____ shall vest in the Debtor upon confirmation of the Plan.

*If the Debtor fails to check (a) or (b) above, or if the Debtor checks both (a) and (b), property of the estate shall not vest in the Debtor until the earlier of the Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(d) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief. The Trustee shall only make payment to creditors with filed and allowed proof of claims. An allowed proof of claim will be controlling, unless the Court orders otherwise.

(e) Case Specific Provisions: Debtor will maintain all future property taxes and insurance payments on the property located at 15624 Bear Creek Dr., Tampa, FL

_____  Dated: 12-04-14
Debtor

_____  Dated: 12/04-14
Debtor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided to the following parties either by electronic mail or by first class U. S. Mail: Office of the U.S. Trustee, 501 E. Polk St., Tampa, FL 33602; Kelly Remick, PO BOX 6099, Sun City Center, FL 33571; and to all the creditors on the attached mailing matrix 8th day of December, 2014.


/s/ Robert M. Geller
Robert M. Geller
Attorney for Debtor
Law Offices of Robert M. Geller, P.A.
807 W. Azeele St.
Tampa, Florida 33606
(813) 254-7687
Fla. Bar No.: 588105

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-8<br>Case 8:14-bk-07462-CED<br>Middle District of Florida<br>Tampa<br>Fri Dec  5 12:40:33 EST 2014 | Commercial Loan Solutions VI, LLC<br>c/o W. Patrick Ayers, Esq.<br>302 Knights Run Avenue<br>Suite 1100<br>Tampa, FL 33602-5987 | Geterah Kumari Harilal<br>15624 Bear Creek Dr.<br>Tampa, FL 33624-1704 |
| Mahadeo Persaud Harilal<br>15624 Bear Creek Dr.<br>Tampa, FL 33624-1704 | World Omni<br>Tripp Scott P.A.<br>James B Flanigan, Esq<br>c/o 110 SE 6 St, 15 Floor<br>Fort Lauderdale, FL 33301-5004 | Accel Recv M<br>3219 Atlantic Blvd<br>Jacksonville, FL 32207-8901 |
| American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bank of America, N.A.<br>Bankruptcy Department<br>P.O. Box 26012, NC4-105-02-99<br>Greensboro, North Carolina 27420-6012 |
| Bank of America, N.A.<br>Bankruptcy Department, Mail Stop CA6-919<br>Simi Valley, CA  93065 | Bby/Cbna<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 |
| Cap One<br>12447 Sw 69th Ave<br>Tigard, OR 97223-8517 | Cap One<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | Cap One<br>Po Box 30253<br>Salt Lake City, UT 84130-0253 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Cap1/Bstby<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3438 | Cap1/Bstby<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Cap1/Rtg<br>90 Christiana Rd<br>New Castle, DE 19720-3118 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase/Kane<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Citibank, N.A.<br>701 East 60th Street North<br>Sioux Falls, SD 57104-0493 |
| Comenity Bank/Fashbug<br>Po Box 182272<br>Columbus, OH 43218-2272 | Commercial Loan Sol. IV<br>c/o Midwest Servicing Inc.<br>230 Crosskeys Office Pk<br>Fairport, NY 14450-3510 | Commercial Loan Solutions IV, LLC<br>230 CrossKeys Office Park<br>Fairport, NY 14450-3510 |
| Credit One Bank Na<br>Po Box 98875<br>Las Vegas, NV 89193-8875 | Credit Protection Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 | Department of Revenue<br>PO Box 6668<br>Tallahassee, FL 32314-6668 |

```
Discover Bank                          Discover Fin Svcs Llc                 Fashion Bug/Soanb
DB Servicing Corporation               Po Box 15316                          1103 Allen Dr
PO Box 3025                            Wilmington, DE 19850-5316             Milford, OH 45150-8763
New Albany, OH  43054-3025


Fidelity Bank                          Internal Revenue Service              Jared-Galleria Of Jwlr
1380 N Courtenay Pkwy                  P.O. Box 7346                         375 Ghent Rd
Merritt Island, FL 32953-4465          Philadelphia, PA 19101-7346           Fairlawn, OH 44333-4601


LVNV Funding, LLC                      Mcydsnb                               Portfolio Recovery Ass
c/o Resurgent Capital Services         9111 Duke Blvd                        120 Corporate Blvd Ste 1
Po Box 10587                           Mason, OH 45040-8999                  Norfolk, VA 23502-4962
Greenville, SC 29603-0587


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Pro Consulting Services               Quantum3 Group LLC as agent for
PO BOX 41067                           PO Box 66768                          MOMA Funding LLC
NORFOLK VA 23541-1067                  Houston, TX 77266-6768                PO Box 788
                                                                             Kirkland, WA  98083-0788


Rubin & Debski                         Sears/Cbna                            Sears/Cbna
PO Box 47718                           Po Box 6189                           Po Box 6283
Jacksonville, FL 32247-7718            Sioux Falls, SD 57117-6189            Sioux Falls, SD 57117-6283


Shell/Citi                             (p)SPRINGLEAF FINANCIAL SERVICES      Syncb/Care Credit
Po Box 6497                            P O BOX 3251                          Po Box 965036
Sioux Falls, SD 57117-6497             EVANSVILLE IN 47731-3251              Orlando, FL 32896-5036


Syncb/Dillards                         Syncb/Lowes                           Syncb/Oldnavydc
Po Box 965024                          Po Box 965005                         Po Box 965005
Orlando, FL 32896-5024                 Orlando, FL 32896-5005                Orlando, FL 32896-5005


Syncb/Tjx Cos                          Syncb/Tjx Cos Dc                      Syncb/Walmart
Po Box 965005                          Po Box 965005                         Po Box 965024
Orlando, FL 32896-5005                 Orlando, FL 32896-5005                Orlando, FL 32896-5024


Synchrony Bank                         TD Bank USA, NA                       Target Nb
c/o Recovery Management Systems Corp   c/o Weinstein, Pinson and Riley PS    Po Box 673
25 SE 2nd Ave Suite 1120               2001 Western Avenue, Ste 400          Minneapolis, MN 55440-0673
Miami FL 33131-1605                    Seattle WA 98121-3132


Td Bank Usa/Targetcred                 Thd/Cbna                              Unvl/Citi
Po Box 673                             Po Box 6497                           Po Box 6241
Minneapolis, MN 55440-0673             Sioux Falls, SD 57117-6497            Sioux Falls, SD 57117-6241
```

```
(p)WELLS FARGO BANK NA                  Wells Fargo                             Wells Fargo Bank, N.A.
WELLS FARGO HOME MORTGAGE AMERICAS SERVICING   P.O. Box 6417                    Business Direct Division
ATTN BANKRUPTCY DEPT MAC X7801-014       Carol Stream, IL 60197-6417            P.O. Box 29482
3476 STATEVIEW BLVD                                                             Phoenix, AZ 85038-9482
FORT MILL SC 29715-7203


World Omni                               World Omni Financial Corp.             Clive N. Morgan +
Po Box 91614                             c/o James B. Flanigan, Esquire         6675 Corporate Center Pkwy, Ste 301
Mobile, AL 36691-1614                    110 SE 6th Street, 15th Floor          Jacksonville, FL 32216-8084
                                         Fort Lauderdale, FL 33301-5004


Robert M Geller +                        United States Trustee - TPA7/13 7+     W Patrick Ayers +
Law Offices of Robert M. Geller, P.A.    Timberlake Annex, Suite 1200           Arnstein & Lehr, LLP
807 W Azeele Street                      501 E Polk Street                      Two Harbour Place
Tampa, FL 33606-2209                     Tampa, FL 33602-3949                   302 Knights Run Avenue, Suite 1100
                                                                                Tampa, FL 33602-5987


James B Flanigan +                       Kelly Remick +
Tripp Scott, PA                          Chapter 13 Standing Trustee
110 SE 6th Street, 15th Floor            Post Office Box 6099
Fort Lauderdale, FL 33301-5004           Sun City, FL 33571-6099
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                               (d)Bk Of Amer                          Cap One
4161 Piedmont Pkwy                       Po Box 982235                          Po Box 85520
Greensboro, NC 27410                     El Paso, TX 79998                      Richmond, VA 23285


Portfolio Recovery Associates, LLC       Springleaf Financial S                 Wells Fargo
POB 41067                                600 N King St                          8480 Stagecoach Circ
Norfolk VA 23541                         Wilmington, DE 19801                   Frederick, MD 21701
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of America, N.A.                 (u)FIA Card Services, N.A. as successor to   End of Label Matrix
                                         Bank of America N.A. (USA)                   Mailable recipients   70
                                         and MBNA America Bank N.A.                   Bypassed recipients    2
                                         P O Box 982284                               Total                 72
                                         El Paso  TX 799982238El Paso, TX 79998-2
```